IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02678-SKC

STEVEN DANIEL FELIX

                Plaintiff,

v.

3533 DURANGO, LLC

                Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, STEVEN DANIEL FELIX Plaintiff and 3533 DURANGO, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    January 19, 2023    FOR STEVEN DANIEL FELIX, Plaintiff

                                                      BY:    **/S/  R. Bruce Tharpe**
                                                        R. Bruce Tharpe
                                                        PO Box 101
                                                         Olmito, Texas 78575
                                                        (956) 255-5111 - Office
                                                        (866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: January 19, 2023   FOR 3533 DURANGO, LLC, Defendant

BY: ___*/s/ Marla C. Underell*___
Ms. Marla C. Underell
Law Firm of Marla C. Underell, LLC
The Crossroads
101 West 11th Street, Suite 104
Durango, CO 81301
(970) 403-8090 – Office
(970) 493-8091 - Fax